**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SAMUEL McKINLEY BROOKS                                                                 PLAINTIFF

V.                                          3:06CV00015 GTE

CRITTENDEN COUNTY, ARKANSAS *et al.*                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment would not be taken in good faith.

DATED this 4th day of April, 2006.


　　　　　　　　　　　　　　　　　　　　__/s/Garnett Thomas Eisele
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE