**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SAMUEL McKINLEY BROOKS**                                                                 **PLAINTIFF**

**V.**                                             **3:06-cv-00015 GTE**

**CRITTENDEN COUNTY, ARKANSAS** *et al.*                                        **DEFENDANTS**

## ORDER DENYING MOTION TO RECONSIDER

Before the Court is a Motion for Reconsideration filed by Plaintiff Samuel McKinley Brooks, proceeding *pro se*. The motion fails to demonstrate that this Court erred when it dismissed the case previously. (See Order dated May 19, 2006, Docket No. 27).

Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration (Docket No. 29) in this matter be, and it is hereby, DENIED.

It is so ordered this 1st day of June, 2006.

                                                                                                    _/s/Garnett Thomas Eisele_____
                                                                                                    UNITED STATES DISTRICT JUDGE